In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-12-00282-CR
_____

## GEORGE ALEXANDER REED, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 284th District Court
### Montgomery County, Texas
### Trial Cause No. 04-07-05407 CR

### ORDER

On January 2, 2013 appellant's appointed counsel filed a motion to withdraw and a brief which urges this Court to review this appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motion to withdraw and the brief on the appellant. Counsel states he provided appellant with a copy of the clerk's record and the reporter's record, notified appellant of his right to review the record and file a *pro se* brief, and advised appellant of his right to seek discretionary review.

1

It is, therefore, ORDERED that appellant, George Alexander Reed, be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

ORDER ENTERED January 10, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.